IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES KENNETH HARRELL,
ADC #129535                                                                                                    PLAINTIFF

v.                                      5:16CV00326-JM-JTK

CORRECT CARE SOLUTIONS, et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely response received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Correct Care Solutions is DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 22nd day of November, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE